AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Steve Lester | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Civil Action No.:   6:12-cv-3410-TMC |
| | ) |
| Karen C. Rattigan | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other:. This complaint is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain, United States District Judge. The Court accepts the Report and Recommendations of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:   January 11, 2013              *CLERK OF COURT*

                                       s/Debbie Stokes
                                       Deputy Clerk